**Grason A. MILLER,
Petitioner/Appellant,**

v.

**Barbara J. MILLER,
Respondent/Respondent.**

**No. ED 74036.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Nov. 16, 1999.

Michael D. O'Keefe, James W. Erwin, Kenton E. Knickmeyer, St. Louis, for appellant.

Robert E. Jones, St. Louis, for respondent.

Before WILLIAM H. CRANDALL, Jr., Presiding Judge, MARY K. HOFF, Judge and JAMES A. PUDLOWSKI, Senior Judge.

## O R D E R

PER CURIAM.

Husband, Grason A. Miller, appeals from the judgment of the trial court denying his motion to modify the maintenance awarded to wife, Barbara J. Miller, in their dissolution of marriage decree.

We have reviewed the record on appeal and find the judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. An opinion would have no precedential value.

The judgment is affirmed pursuant to Rule 84.16(b).